# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SONIA LARMOND,**

    **Plaintiff,**

v.                           Case No: 6:18-cv-1003-Orl-31GJK

**OSCEOLA REGIONAL HOSPITAL, INC.,**

    **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion to Tax Costs (Doc. 39), filed August 20, 2019.

On October 7, 2019, the United States Magistrate Judge issued a report (Doc. 43) recommending that the motion be granted in part and denied in part. No objection to that report was filed.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion (Doc. 39) is **GRANTED** in part. The Court taxes $2,462.75 in costs against Plaintiff.

3. In all other respects, the motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 22, 2019.

                                        GREGORY A. PRESNELL
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party